ROY R. NEWCOMB, as Commissioner of Social Welfare of the County of Erie, Respondent, v. THADDEUS J. SKOLIMOWSKI, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal

from a judgment of Erie Children's Court directing defendant to pay toward the support of the infant child of complainant together with expenses of confinement, etc., and furnish an undertaking as security for such payments, in a filiation proceeding.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.